FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2013

No. 04-12-00772-CV

W.H. **SUTTON**, Arctic Royalty Limited Partnership, Julie S. Mueller, Janet Lee Smith as Trustee of the Janet Lee Smith Family Trust, Anita Louise Davies as Trustee of the Anita Louise Davies Family Trust and Frederick Jackson Bell Jr., et al.,
Appellants

v.

**SM ENERGY COMPANY,**
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2011CVQ001903 D3
Honorable Elma T. Salinas Ender, Judge Presiding

# O R D E R

Appellants' Fifth Motion for Extension of Time to File Brief is hereby GRANTED. Appellant's brief is due April 8, 2013.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2013.

_____
Keith E. Hottle
Clerk of Court